**Kanubhai R. GANDHI, Plaintiff—Appellant,**

v.

**Les BROWNLEE, Acting Secretary, Department of the Army of the United States, Defendant—Appellee.**

**No. 04–1968.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 17, 2004.

Decided: Jan. 18, 2005.

Kanubhai R. Gandhi, Appellant pro se.

Kent Pendleton Porter, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, LUTTIG, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kanubhai R. Gandhi appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendant in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gandhi v. Brownlee,* No. CA–03–141–4 (E.D Va. July 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*